Joseph H. Marcus, Suing on Behalf of Himself and Other Stockholders of the Consolidated Cigar Corporation, Appellant, v. Consolidated Cigar Cor-

PORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.